IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00141-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DEVANTE TYRELL BYNUM, | |
| Defendant. | |

This matter comes before the court on Defendant's motion to hold his case in abeyance pending a decision in *Erlinger v. United States*, No. 22-1926, ___ U.S. ___ (2024) [DE 49]. Defendant has demonstrated good cause for a 90-day continuance of his sentencing hearing. Accordingly, the motion is GRANTED IN PART, and Defendant's sentencing hearing is continued to the August 6, 2024 term of court. To the extent warranted, the parties may file renewed objections to the presentence investigation report within 7 days after the publication of the Supreme Court opinion in *Erlinger*.

SO ORDERED this 26th day of April, 2024.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE